

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00168-CV

**IN THE INTEREST OF J.A.B.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02092
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED as it pertains to the termination of Anthony's parental rights, and the cause is REMANDED for a new trial. The trial court's order appointing the Texas Department of Family and Protective Services as managing conservator of J.A.B. is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 15, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice